| | |
|---|---|
| CARMEN A. TRUTANICH, City Attorney (SBN 86629x)<br>LAURIE RITTENBERG, Assistant City Attorney (SBN 106683)<br>MICHAEL D. NAGLE, Deputy City Attorney (SBN 183399)<br>200 N. Main Street, City Hall East, Room 916<br>Los Angeles, CA 90012<br>Telephone (213) 473-6848<br>Facsimile (213) 473-6818 | JS-6 |

Attorneys for Defendant CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONE STAR SECURITY & VIDEO, INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br>CITY OF LOS ANGELES,<br><br>　　　　　　　　Defendant. | **CASE NO. CV03 05346 AHM (RCx)**<br><br>**JUDGMENT** |

1

1 | For the reasons set forth in the Court's Civil Minutes –General dated May 31, 2012, in which the Court found that there were no issues remaining to be resolved in the above entitled action, this Court, the Honorable A. Howard Matz, ORDERS as follows:

The action is **DISMISSED IN ITS ENTIRETY.**

**IT IS SO ORDERED.**

Dated: June 18, 2012

———————————————
Hon. A. Howard Matz
U.S. DISTRICT COURT JUDGE

JS-6