CARMEN A. TRUTANICH, City Attorney (SBN 86629x)
LAURIE RITTENBERG, Assistant City Attorney (SBN 106683)
MICHAEL D. NAGLE, Deputy City Attorney (SBN 183399)
200 N. Main Street, City Hall East, Room 916
Los Angeles, CA 90012
Telephone (213) 473-6848
Facsimile (213) 473-6818

Attorneys for Defendant CITY OF LOS ANGELES

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LONE STAR SECURITY & VIDEO, INC., a California corporation, | CASE NO. CV03 05346 AHM (RCx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| vs. | |
| CITY OF LOS ANGELES, | |
| Defendant. | |

    For the reasons set forth in the Court's Civil Minutes –General dated May 31, 2012, in which the Court found that there were no issues remaining to be resolved in the above entitled action, this Court, the Honorable A. Howard Matz, ORDERS as follows:

    The action is **DISMISSED IN ITS ENTIRETY.**

    **IT IS SO ORDERED.**

Dated: June 18, 2012

_____
Hon. A. Howard Matz
U.S. DISTRICT COURT JUDGE

JS-6